COMMONWEALTH of Pennsylvania,
Respondent

v.

Sidney Lamont WATERS, Petitioner

No. 818 MAL 2016

Supreme Court of Pennsylvania.

March 29, 2017

## ORDER

PER CURIAM

AND NOW, this 29th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

Ronald STOCKTON, Petitioner

v.

COMMONWEALTH of Pennsylvania
DEPARTMENT OF CORRECTIONS;
Marirosa Lamas; B. Thompson; R. Marsh; T. Miller; L. Eatton; and R. Vance, Respondents

No. 741 MAL 2016

Supreme Court of Pennsylvania.

March 29, 2017

## ORDER

PER CURIAM

AND NOW, this 29th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

John Patrick WALSH, III, Petitioner

v.

DEPARTMENT OF HUMAN
SERVICES, Respondent

John Patrick Walsh, III, Petitioner

v.

Department of Human Services,
Respondent

No. 699 MAL 2016
No. 700 MAL 2016

Supreme Court of Pennsylvania.

March 29, 2017

## ORDER

PER CURIAM

AND NOW, this 29th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.